IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORA K. ARNETTE,<br><br>                    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>                    Defendant. | 1:05-cv-253-WSD |

### ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Brill [18] **RECOMMENDING** that the Commissioner's final decision denying Plaintiff's claims be **REVERSED** and that this action be **REMANDED** to the Commissioner for consideration of the new evidence submitted by Plaintiff to the Appeals Council. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).

Sentence 6 of 42 U.S.C. § 405(g) provides that this Court may "order additional evidence to be taken before the Commissioner of Social Security" upon

a showing of "new evidence which is material" and where "there is good cause for the failure to incorporate such evidence into the record in a prior proceeding . . . ." 42 U.S.C. § 405(g).  For a remand, Plaintiff must show "(1) new, noncumulative evidence exists, (2) the evidence is material such that a reasonable possibility exists that the new evidence would change the administrative result, and (3) good cause exists for the applicant's failure to submit the evidence at the appropriate administrative level." Falge v. Apfel, 150 F.3d 1320, 1323 (11th Cir. 1998), cert. denied, 525 U.S. 1124 (1990).

While the evidence at issue here and which was presented to the Appeals Council post-dates the Administrative Law Judge's August 16, 2002 decision, the Magistrate Judge found the medical evidence of atherosclerosis, because of its nature and that it developed slowly, may well indicate that Plaintiff suffered from this condition, and other conditions associated with it, at the time of Plaintiff's administrative hearing.  That being so, the Magistrate Judge found the new evidence is possibly connected to Plaintiff's condition at the time of Plaintiff's hearing and the evidence that was in the record before the Administrative Law Judge.  The Magistrate Judge thus found that the new evidence is material, might change the administrative results, and that this action therefore should be remanded to the

Commissioner for consideration of the new evidence at issue.  After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation.  The Commissioner's final decision denying Plaintiff's applications for a period of disability, disability insurance benefits, and Supplemental Security Income is **REVERSED** and this action is **REMANDED** to the Commissioner for consideration of the new evidence submitted by Plaintiff to the Appeals Council.

**SO ORDERED**, this 25th day of April, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE